# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re:                                              Case No. 09-16130

CLARA L STEVENS

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1)  The case was filed on 05/04/2009.

2)  The plan was confirmed on 09/17/2009.

3)  The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

4)  The trustee filed action to remedy default by the debtor in performance under the plan on NA .

5)  The case was dismissed on 06/19/2014.

6)  Number of months from filing to last payment: 61.

7)  Number of months case was pending: 65.

8)  Total value of assets abandoned by court order:  NA .

9)  Total value of assets exempted: $28,718.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

|                                          |             |
|------------------------------------------|-------------|
| Total paid by or on behalf of the debtor | $36,771.05  |
| Less amount refunded to debtor           | $857.16     |

**NET RECEIPTS:**     **$35,913.89**

---

**Expenses of Administration:**

|                                          |            |
|------------------------------------------|------------|
| Attorney's Fees Paid Through the Plan    | $3,474.00  |
| Court Costs                              | $0.00      |
| Trustee Expenses & Compensation          | $1,928.00  |
| Other                                    | $0.00      |

**TOTAL EXPENSES OF ADMINISTRATION:**     **$5,402.00**

Attorney fees paid and disclosed by debtor:     $26.00

---

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AES/PHEAA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AES/PHEAA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AESTHETIC DERMATOLOGY | Unsecured | 65.00 | NA | NA | 0.00 | 0.00 |
| ALLSTATE | Unsecured | 18.43 | NA | NA | 0.00 | 0.00 |
| AMERICASH LOANS | Unsecured | 11,032.48 | 11,689.03 | 11,689.03 | 0.00 | 0.00 |
| ANDERSON CRENSHAW & ASSOC | Unsecured | 229.00 | NA | NA | 0.00 | 0.00 |
| ANDERSON CRENSHAW & ASSOC | Unsecured | 228.57 | NA | NA | 0.00 | 0.00 |
| ARONSON FURNITURE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ASPIRE/CB&T | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 199.00 | NA | NA | 0.00 | 0.00 |
| BANFIELD THE PET HOSPITAL | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BLACK EXPRESSIONS | Unsecured | 87.74 | NA | NA | 0.00 | 0.00 |
| BMG | Unsecured | 29.13 | NA | NA | 0.00 | 0.00 |
| BMG MUSIC SERVICE | Unsecured | 185.00 | NA | NA | 0.00 | 0.00 |
| BROMENN HEALTHCARE | Unsecured | 163.46 | NA | NA | 0.00 | 0.00 |
| CAPITAL ASSISTANCE GROUP | Unsecured | 70.00 | NA | NA | 0.00 | 0.00 |
| CCS FIRST SAVINGS BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CHASE | Unsecured | 1,674.04 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 471.94 | 429.62 | 429.62 | 0.00 | 0.00 |
| CITY OF ZION | Unsecured | 53.21 | NA | NA | 0.00 | 0.00 |
| COLUMBIA HOUSE COMPANY | Unsecured | 88.42 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 325.14 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 279.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 1,096.67 | 1,009.29 | 1,009.29 | 0.00 | 0.00 |
| DANIEL MCLAUGHLIN | Unsecured | 14,068.75 | 18,392.70 | 18,392.70 | 0.00 | 0.00 |
| DENNIS A BREBNER ASSOC | Unsecured | 186.40 | NA | NA | 0.00 | 0.00 |
| DEVRY INC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| DIRECT SECURITY SVC | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| DOLLY THOMAS MD | Unsecured | 340.15 | NA | NA | 0.00 | 0.00 |
| DSSI | Unsecured | 1,119.72 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| EAST BAY FUNDING | Unsecured | 420.00 | 420.00 | 420.00 | 0.00 | 0.00 |
| EBSCO TELEMARKETING SERVICE | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| ECAST SETTLEMENT CORP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| EMERGENCY PHYSICIAN STATEMEN | Unsecured | 85.00 | NA | NA | 0.00 | 0.00 |
| FFPM CARMEL HOLDINGS | Unsecured | 616.72 | NA | NA | 0.00 | 0.00 |
| FG LANDSCAPE & LAWN SVC | Unsecured | 515.00 | NA | NA | 0.00 | 0.00 |
| FIRST NATIONAL CREDIT CARD | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| G&T ORTHOPAEDICS | Unsecured | 420.00 | NA | NA | 0.00 | 0.00 |
| GEICO & AFFILIATES | Unsecured | 105.04 | NA | NA | 0.00 | 0.00 |
| GINNYS | Unsecured | NA | 142.29 | 142.29 | 0.00 | 0.00 |
| GINNYS | Unsecured | 495.00 | 495.22 | 495.22 | 0.00 | 0.00 |
| GLACIER STOCK GROUP | Unsecured | 511.02 | NA | NA | 0.00 | 0.00 |
| GOTTLIEB HOSPITAL | Unsecured | 499.90 | 938.90 | 938.90 | 0.00 | 0.00 |
| GOTTLIEB MEMORIAL HOSPITAL | Unsecured | 30.42 | NA | NA | 0.00 | 0.00 |
| GOTTLIEB MEMORIAL HOSPITAL | Unsecured | 74.62 | NA | NA | 0.00 | 0.00 |
| GOTTLIEB MEMORIAL HOSPITAL | Unsecured | 122.32 | NA | NA | 0.00 | 0.00 |
| GREAT AMERICAN HOME BANKING | Unsecured | 25.75 | NA | NA | 0.00 | 0.00 |
| GUARANTY/NES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GUARANTY/NES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC NV | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC TAXPAYER FIN SVCS INC | Unsecured | 871.94 | NA | NA | 0.00 | 0.00 |
| HSBC TAXPAYER FINANCIAL SVCS | Unsecured | 900.00 | 900.00 | 900.00 | 0.00 | 0.00 |
| IC SYSTEMS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| IL DESIGNATED | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| IL DESIGNATED | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Unsecured | 293.76 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 5,909.00 | 3,772.25 | 3,772.25 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 10,933.00 | 23,195.01 | 23,195.01 | 19,080.54 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 764.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 11,001.00 | NA | NA | 0.00 | 0.00 |
| JASPER COUNTY HOSPITAL | Unsecured | 1,136.76 | NA | NA | 0.00 | 0.00 |
| KANSAS COUNSELORS | Unsecured | 221.08 | NA | NA | 0.00 | 0.00 |
| KELLER GRADUATE SCHOOL OF MG | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| LAFAYETTE ORTHOPEDIC CENTER | Unsecured | 19.27 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 600.00 | 601.93 | 601.93 | 0.00 | 0.00 |
| MARATHON PETROLEUM COMPANY | Unsecured | 1,066.00 | NA | NA | 0.00 | 0.00 |
| MCSH OAK PARK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MCSI/RMI | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE CO | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MIDNIGHT VELVET | Unsecured | 214.00 | 214.39 | 214.39 | 0.00 | 0.00 |
| MIDWEST OPEN MRI | Unsecured | 65.60 | NA | NA | 0.00 | 0.00 |
| MIDWEST OPEN MRI | Unsecured | 69.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST OPEN MRI | Unsecured | 65.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST UROLOGY | Unsecured | 67.10 | NA | NA | 0.00 | 0.00 |
| MIDWEST UROLOGY ASSOC | Unsecured | 247.10 | NA | NA | 0.00 | 0.00 |
| MIMIT | Unsecured | 13.00 | NA | NA | 0.00 | 0.00 |
| MIMIT PC | Unsecured | 21.60 | NA | NA | 0.00 | 0.00 |
| MISSOURI DEPT OF REVENUE | Unsecured | 6,677.45 | 1,196.00 | 1,196.00 | 0.00 | 0.00 |
| MISSOURI DEPT OF REVENUE | Priority | NA | 5,576.47 | 5,576.47 | 4,587.29 | 0.00 |
| MONROE & MAIN | Unsecured | NA | 187.35 | 187.35 | 0.00 | 0.00 |
| NCNS | Unsecured | 213.00 | NA | NA | 0.00 | 0.00 |
| NES/GUARANTY | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NES/GUARANTY | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NORTH SHORE GAS CO | Unsecured | 726.81 | NA | NA | 0.00 | 0.00 |
| NORWEST CAPITAL INVERSTMENT | Unsecured | 1,701.31 | NA | NA | 0.00 | 0.00 |
| OAK PARK EYE CENTER | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| OAK PARK OPEN MRI | Unsecured | 81.60 | NA | NA | 0.00 | 0.00 |
| OMNIUM WORLDWIDE INC | Unsecured | 199.73 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| OUR LADY OF RESSURRECTION | Unsecured | 266.21 | NA | NA | 0.00 | 0.00 |
| OUR LADY OF THE RESURRECTION | Unsecured | 266.00 | NA | NA | 0.00 | 0.00 |
| PALISADES COLLECTIONS LLC | Unsecured | 11,554.24 | 10,223.18 | 10,223.18 | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 1,471.56 | 2,656.45 | 2,656.45 | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 759.36 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PIER ONE IMPORTS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PLAINS COMMERCE BANK | Unsecured | 751.00 | NA | NA | 0.00 | 0.00 |
| REGIONAL DIAGNOSTICS | Unsecured | 77.40 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE GUARANTEE SVCS | Unsecured | 96,284.00 | 96,902.26 | 96,902.26 | 0.00 | 0.00 |
| SALLIE MAE SERVICING | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE SERVICING | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE SERVICING | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE SERVICING | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE SERVICING | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE SERVICING | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE SERVICING | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE SERVICING | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE SERVICING | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE SERVICING | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SEVENTH AVENUE | Unsecured | 462.00 | 462.10 | 462.10 | 0.00 | 0.00 |
| SOURCEONE CU | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SUBSCRIBER SERVICES | Unsecured | 18.96 | NA | NA | 0.00 | 0.00 |
| THE PET HOSPITAL | Unsecured | 944.00 | NA | NA | 0.00 | 0.00 |
| THE PET HOSPITAL | Unsecured | 238.00 | NA | NA | 0.00 | 0.00 |
| THE PET HOSPITAL | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| TOTAL RECOV | Unsecured | 430.00 | NA | NA | 0.00 | 0.00 |
| TOWN OF NORMAL | Unsecured | 482.28 | NA | NA | 0.00 | 0.00 |
| TYRONE TAYLOR | Priority | 1,331.00 | 8,319.90 | 8,319.90 | 6,844.06 | 0.00 |
| U HAUL | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| UNITED CASH LOANS | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| USA CREDIT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ZACHARY STEVENS | Unsecured | 8.04 | NA | NA | 0.00 | 0.00 |
| ZACHARY STEVENS | Unsecured | 165.00 | NA | NA | 0.00 | 0.00 |
| ZACHARY STEVENS | Unsecured | 59.80 | NA | NA | 0.00 | 0.00 |
| ZACHARY STEVENS | Unsecured | 242.06 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $37,091.38 | $30,511.89 | $0.00 |
| **TOTAL PRIORITY**: | **$37,091.38** | **$30,511.89** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS**: | **$150,632.96** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $5,402.00 |
| Disbursements to Creditors | $30,511.89 |
| | |
| **TOTAL DISBURSEMENTS** : | **$35,913.89** |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 10/01/2014                    By: /s/ Tom Vaughn
                                                            Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**